IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

FILED
MAR 0 8 2018
Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 10-45-GF-SEH |
| vs. | ORDER |
| KARSEN W. BUSHMAN, | |
| Defendant, | |
| NORTHERN PRODUCTIONS, | |
| Garnishee | |

Upon consideration of the United States' Motion to Terminate Garnishment[1] and good cause appearing,

ORDERED:

The garnishment proceedings against Northern Productions in this matter is

---

[1] Doc. 62.

terminated.

DATED this 8th day of March, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge